UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BRIAN FISCHLER, on behalf of himself
and all others similarly situated,

    Plaintiffs,

v.

PETMED EXPRESS, INC.

    Defendant.

---

Case No. 19-cv-2391-LDH

## JOINT MOTION TO ENTER CONSENT DECREE AND DISMISS CASE

The Parties, by and through their respective undersigned counsel, hereby request that the Court enter the Consent Decree that accompanies this Motion and the Proposed Order of Dismissal. All parties have agreed to the terms of the Consent Decree, as evidenced by their signatures thereon. The parties believe that the entry of this Consent Decree would most efficiently further the ends of justice in this case.

Dated: July 30, 2019.

By: _____

Douglas B. Lipsky
doug@lipskylowe.com
Christopher H. Lowe
chris@lipskylowe.com
Lipsky Lowe LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170
Phone: (212) 392-4772

*Counsel for Plaintiff*

By: _____

Peter W. Homer*
phomer@homerbonner.com
Homer Bonner Jacobs, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Phone: (305) 350-5100
Phone: (305) 372-2731
John E. Lawlor
John E. Lawlor, Esq.
jlaw672@aol.com
129 Third Street
Mineola, New York 11501
Phone: (516) 248-7700

*Counsel for Defendant*
* Admitted *pro hac vice*