DocuSign Envelope ID: A5271B57-2BEF-4997-B9B8-FEB272751008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN FISCHLER, on behalf of himself
and all others similarly situated,

    Plaintiffs,

v.

PETMED EXPRESS, INC.

    Defendant.

Case No. 19-cv-2391-LDH

## ORDER DISMISSING CASE

This matter is before the Court upon the Parties' Joint Motion to Enter Consent Decree. ECF No. 26. Upon consideration, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Consent Decree, in the for annexed hereto, is **APPROVED** and **ENTERED**, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree. Upon completion of the remediation required by the Consent Decree, the website www.1800petmeds.com shall be deemed ADA complaint.

2. The Parties shall bear their own attorneys' fees and costs except as otherwise agreed to by the parties, in writing.

3. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. Subject to paragraph 1 of this Order, this case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Brooklyn, New York this 23 day of March, 2020.

    s/ LDH
    HON. LADHANN DEARCY HALL
    UNITED STATES DISTRICT JUDGE

cc:    counsel of record